MARÍA DE LOURDES ANDRADES RODRÍGUEZ, apelante y peticionaria, *v.* PIZZA HUT MANAGEMENT CORP., apelada.

*Número:* AC-96-36        *Resuelto:* 24 de mayo de 1996

*José T. Marrero Rivera,* abogado de la apelante y peticionaria.

## RESOLUCIÓN

En atención al recurso de epígrafe, corresponde que lo acojamos como un *Certiorari* por ser de aplicación el Art. 3.002(i) de la Ley de la Judicatura de Puerto Rico de 1994 (4 L.P.R.A. sec. 22i(i)). Así acogido se declara NO HA LUGAR. La sentencia del Tribunal de Circuito de Apelaciones, en el caso de autos, es esencialmente correcta. A ésta se le dará carácter de precedente.

*Publíquese esta resolución y dicha sentencia.*

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*